**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Donald D. NELSON,
Defendant-Appellant.**

**No. WD 32523.**

Missouri Court of Appeals,
Western District.

March 23, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

Conviction for burglary second degree and a jury-imposed sentence of five years.

Judgment affirmed. Rule 84.16(b).